UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS,

              Plaintiff,

-v-

NOVELTY MANUFACTURING CO.,

              Defendant.

CIVIL ACTION NO.: 21 Civ. 4888 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable Katherine Polk Failla has referred this matter to me for a settlement conference to take place in the next 60 days. (ECF No. 19). The Court is available for a settlement conference on the following dates: i) Monday, September 20, 2021 at 10:00 am; ii) Monday, September 27, 2021 at 10:00 am or 2:00 pm; iii) Thursday, October 14, 2021 at 2:00 pm; iv) Monday, October 18, 2021 at 10:00 am or 2:00 pm; v) Tuesday, October 19, 2021 at 2:00 pm; and vi) Wednesday, October 20, 2021 at 10:00am or 2:00pm.

The parties are directed to meet and confer and to file a joint letter by **September 3, 2021** advising the Court which of these dates and times they prefer.

Dated:    New York, New York
             August 27, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge