UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

MILTON WILLIAMS, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiff,

        v.

NOVELTY MANUFACTURING CO.,
        Defendant.

---------------------------------------x

No.: 1:21-cv-4888

ECF CASE

**STIPULATION OF DISMISSAL**

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MILTON WILLIAMS, and Defendant, NOVELTY MANUFACTURING CO., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       November 4, 2021

| GOTTLIEB & ASSOCIATES | FISHER & ZUCKER, LLC |
|---|---|
| _/s/ Michael A. LaBollita_ | _/s/ Frank Reino_ |
| Michael A. LaBollita, Esq., (ML-9985) | Frank Reino, Esq. |
| 150 East 18th Street, Suite PHR | 21 South 21st Street |
| New York, NY 10003 | Philadelphia, PA 19103 |
| Phone: (212) 228-9795 | Phone: (215)-825-3100 |
| Fax: (212) 982-6284 | Fax: 215-825-3101 |
| Michael@Gottlieb.legal | FReino@fisherzucker.com |
| _Attorneys for Plaintiff_ | _Attorney for Defendant_ |